

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00454-CR

Meredith Owen **BURSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR16-0187
Honorable Susan Harris, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 25, 2018.

_____
Marialyn Barnard, Justice